FRANK, Respondent, v. ROWLAND & SHAFTO, Inc., et al., Appellants. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by Adam Frank against Rowland & Shafto, Incorporated, and others. J. V. Judge, of New York City, for appellants. A. Frank, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 152 N. Y. Supp. 1111.

FRANKLIN, Appellant, v. KIDD, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by Joseph S. Franklin against Agnes B. Kidd, as executrix, etc. No opinion. Judgment (in 87 Misc. Rep. 399, 149 N. Y. Supp. 767) affirmed, with costs.

FRAZER, Appellant, v. R. & L. CO., Respondent. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by James S. Frazer against the R. & L. Company. S. H. Evins, of New York City, for appellant. H. A. Rubino, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

FRENCH, Respondent, v. CITY OF NEW ROCHELLE, Appellant. (Supreme Court, Appellate Division, Second Department. April 9, 1915.) Action by Ida L. French against the City of New Rochelle. No opinion. Judgment affirmed, with costs.

FREY, Respondent, v. E. REGENSBURG & SONS, Appellants. (Supreme Court, Appellate Division, First Department. April 9, 1915.) Action by Isidor Frey against E. Regensburg & Sons. E. L. Mooney, of New York City, for appellants. J. M. Kroskauer, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

FRUEAUFF v. MOORE. (Supreme Court, Appellate Division, First Department. April 1, 1915.) Action by Chas. A. Frueauff against George Moore. No opinion. Motion denied, with $10 costs. Order filed. See, also, 151 N. Y. Supp. 1116.

FULLER, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by Laura Fuller, as administratrix, etc., against the City of New York. No opinion. Order affirmed, with $10 costs and disbursements.

GALVIN v. NEW YORK CENT. & H. R. R. CO. et al. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Jeremiah Galvin against the New York Cen-

tral & Hudson River Railroad Company and another. No opinion. Judgment and orders unanimously affirmed, without costs.

GARBARINI, Respondent, v. MOISANT INTERNATIONAL AVIATORS, Appellant. (Supreme Court, Appellate Division, First Department. January 22, 1915.) Action by Luigi Garbarini against the Moisant International Aviators. W. K. Van Meter, of New York City, for appellant. B. F. Schreiber, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

GARDNER, Respondent, v. CENTRAL PARK, N. & E. R. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 23, 1915.) Action by Faxton E. Gardner against the Central Park, North & East River Railroad Company. C. Mellen, of New York City, for appellant. J. F. McIntyre, of New York City, for respondent. PER CURIAM. Judgment and order affirmed, with costs. Order filed. McLAUGHLIN and SCOTT, JJ., dissent, on the ground that the evidence of negligence on the part of the defendant was not sufficient to justify submission of the case to the jury.

GARDNER, Respondent, v. ELMIRA, C. & W. RY., Appellant. (Supreme Court, Appellate Division, Third Department. May 5, 1915.) Action by John Gardner against the Elmira, Corning & Waverly Railway. No opinion. Judgment and order unanimously affirmed, with costs.

In re GARVIN. (Supreme Court, Appellate Division, First Department. April 23, 1915.) In the matter of Michael J. Garvin. PER CURIAM. In order to review the order appealed from, it is necessary that all of the ballots that were marked as exhibits and were passed upon in the order appealed from should be submitted to the court.

GAVRILUTZ v. SAVAGE (two cases). (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by Rebecca Gavrilutz against Joseph K. Savage. No opinion. Motions denied, with $10 costs. Orders filed. See, also, 151 N. Y. Supp. 808.

GEBERT v. GEBERT et al. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by Anna N. Gebert against Charles Gebert and others. No opinion. Order affirmed, with $10 costs and disbursements.